JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA BARRERA,<br>        Plaintiff,<br>   v.<br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br>        Defendant. | NO. CV 18-3238-KS<br><br>JUDGMENT |

Pursuant to the Court's Memorandum Opinion and Order,

IT IS ADJUDGED that the decision of the Commissioner of the Social Security Administration is affirmed and the above-captioned action is dismissed with prejudice.

DATE: May 8, 2019

_____
KAREN L. STEVENSON
UNITED STATES MAGISTRATE JUDGE